# EXHIBIT A

<< Return to **Search Results**

## 606045/2022 - Nassau County Supreme Court

Short Caption: **Jessica Freeman v. Chipotle Mexican Grill, Inc. et al**
Case Type: **Torts - Other (Employment Discrimination)**
Case Status: **Pre-RJI**
eFiling Status: **Partial Participation Recorded**

**Narrow By Options**

Document Type: [Please select...]     Filed By:
[Please select...]
Motion Info:                          Filed Date:
[    ] thru [    ]
Document Number: [    ]
Display Document List with Motion Folders

Sort By: Doc #

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Harris, C.<br>Filed: 05/09/2022<br>Received: 05/09/2022 | **Processed**<br>Confirmation Notice |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | Phillips, W. - filed by united process service, inc.<br>Filed: 05/27/2022<br>Received: 05/27/2022 | **Processed**<br>Confirmation Notice |
| 3 | AFFIDAVIT<br>*of mailing* | Phillips, W. - filed by united process service, inc.<br>Filed: 05/27/2022<br>Received: 05/27/2022 | **Processed**<br>Confirmation Notice |
| 4 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Phillips, W. - filed by united process service, inc.<br>Filed: 05/27/2022<br>Received: 05/27/2022 | **Processed**<br>Confirmation Notice |
| 5 | AFFIRMATION/AFFIDAVIT OF SERVICE | Phillips, W. - filed by united process service, inc.<br>Filed: 06/02/2022<br>Received: 06/02/2022 | **Processed**<br>Confirmation Notice |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------X
JESSICA FREEMAN,

                              Plaintiff,

        -against-

CHIPOTLE MEXICAN GRILL, INC. and
CHIPOTLE SERVICES LLC d/b/a CHIPOTLE
MEXICAN GRILL,

                              Defendants.
-------------------------------------------------------------------X

Index No.

Plaintiff designates: NASSAU COUNTY as the Place of trial

**SUMMONS**

The basis of the venue is:
The County in which Defendants' offices are located

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the inconvenience relief demanded in the complaint.

Dated: New York, New York
       May 9, 2022

                                        **PHILLIPS & ASSOCIATES,
                                        ATTORNEYS AT LAW, PLLC**

                     By:    /s/ Cathryn Harris-Marchesi
                           Cathryn Harris-Marchesi, Esq.
                           Darnisha Lewis-Bonilla, Esq.
                           *Attorneys for Plaintiff*
                           585 Stewart Avenue, Suite 410
                           Garden City, New York 11530
                           (212) 248-7431
                           Charris-marchesi@tpglaws.com
                           Dlewis-bonilla@tpglaws.com

CHIPOTLE MEXICAN GRILL, INC.
Via Registered Agent
80 State Street
Albany, New York 11207

CHIPOTLE SERVICES, LLC
Via Place of Business
610 Newport Center Drive, Suite #1300
Newport Beach, CA 92660

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------X  Case No.
JESSICA FREEMAN,

                    Plaintiff,                                    **COMPLAINT**

      - against -

                                                **PLAINTIFF DEMANDS**
                                                **A TRIAL BY JURY**

CHIPOTLE MEXICAN GRILL, INC., and
CHIPOTLE SERVICES, LLC d/b/a CHIPOTLE
MEXICAN GRILL,

                    Defendants.
-------------------------------------------------------------------X

      JESSICA FREEMAN, ("Plaintiff"), by and through her attorneys, PHILLIPS & ASSOCIATES, Attorneys at Law, PLLC, against CHIPOTLE MEXICAN GRILL, INC., and CHIPOTLE SERVICES, LLC d/b/a CHIPOTLE MEXICAN GRILL, ("Defendants"), alleges upon knowledge as to herself and her own actions and upon information and belief as to all other matters as follows:

## NATURE OF THE CASE

1. Plaintiff complains pursuant to the discrimination provisions of the discrimination provisions of the **New York State Human Rights Law**, New York State Executive Law § 296, *et seq.* ("NYSHRL"), and seeks damages to redress the injuries Plaintiff has suffered as a result of being **discriminated against** by her employer on the basis of her **sexual orientation**.

## PARTIES

2. At all relevant times herein, Plaintiff was and is a resident of the State of New York. She was and is a "person" and "employee" entitled to protection as defined by the NYSHRL. Plaintiff, a gay female, is in a protected class with respect to the NYSHRL.

3. Defendant, CHIPOTLE MEXICAN GRILL, INC. is upon information and belief, a foreign corporation duly incorporated in the State of California, doing business in the State of New York, County of Nassau. CHIPOTLE MEXICAN GRILL, INC. is, upon information and belief, an "employer" within the meaning of the statutes invoked hereunder.

4. Defendant CHIPOTLE SERVICES, LLC d/b/a CHIPOTLE MEXICAN GRILL, is a foreign Limited Liability Company doing business within the State of New York, County of Nassau, and is a wholly owned subsidiary of Defendant Chipotle Mexican Grill, Inc. Chipotle Services, LLC is upon information and belief an "employer" within the meaning of the statutes invoked hereunder.

## MATERIAL FACTS

5. In or about October of 2019, Plaintiff began employment for Defendants as an Apprentice/General Manager.

6. Plaintiff was earning a salary of $56,000 per year.

7. Plaintiff was undergoing a period of apprenticeship in preparation for being named to the position of General Manager ("GM") in one of Defendant's restaurant locations.

8. Throughout Plaintiff's employment with Defendants, her performance met or exceeded Defendants' reasonable expectations.

9. On July 25, 2020 Plaintiff was working at the Chipotle restaurant location at 215 N. Broadway, Hicksville, New York (the "Hicksville location")

10. Plaintiff was working with Christian Aguilar ("Aguilar"), the GM of the Hicksville location, when she overheard a telephone conversation in which Aguilar told the other party in the conversation that Plaintiff purportedly was not efficient, that Defendants should

look for someone to replace her, and stated further "WHAT DO YOU EXPECT FROM A DYKE."

11. Aguilar's use of the word "Dyke" was a slur related to Plaintiff's sexual orientation.

12. Plaintiff immediately objected to Aguilar's slur against her sexual orientation, but Aguilar did not respond to Plaintiff's objections and remained silent.

13. Plaintiff left the restaurant and received a phone call, and then a text from Field Leader Scott McMillan ("McMillan"), Aguilar's supervisor.

14. Plaintiff informed McMillan via text message of what had happened with Aguilar and that she had left the restaurant as a result of the slur.

15. McMillan did not respond to Plaintiff's text.

16. Plaintiff then left a voicemail message with Defendants' Human Resources Department informing them of the above incident and requesting that the Human Resources Department contact her.

17. Defendants' Human Resources Department did not contact Plaintiff until July 28, 2020, when Plaintiff received an e-mail from that Department containing an exit interview. The HR e-mail asked Plaintiff what happened and whether she needed someone to contact her.

18. Plaintiff responded, again advising the HR Department of the above incident involving Aguilar, and asked that someone contact her for more detail. Plaintiff additionally advised that she did not want to lose her job, wanted to speak to someone, and wanted to resolve the situation and return to work.

19. However, neither McMillan or the HR Department ever contacted Plaintiff again, and never made arrangements for Plaintiff to return to work.

Case 2:22-cv-03334-ENV-ARL   Document 1-1   Filed 06/06/22   Page 8 of 18 PageID #: 16
FILED: NASSAU COUNTY CLERK 05/09/2022 04:07 PM
NYSCEF DOC. NO. 1

INDEX NO. 606045/2022
RECEIVED NYSCEF: 05/09/2022

## AS A FIRST CAUSE OF ACTION
## FOR DISCRIMINATION UNDER THE NYSHRL

20. Plaintiff repeats, reiterates, and re-alleges each and every allegation set forth above with the same force and effect as if more fully set forth herein.

21. New York Executive Law § 296 (a) provides that it is an unlawful discriminatory practice:

    For an employer or licensing agency, because of an individual's age, race, creed, color, national origin, sexual orientation, gender identity or expression, military status, sex, disability, predisposing genetic characteristics, familial status, marital status, or status as a victim of domestic violence, to refuse to hire or employ or to bar or to discharge from employment such individual or to discriminate against such individual in compensation or in terms, conditions or privileges of employment.

22. As described above, Defendants discriminated against Plaintiff, and constructively discharged her on the basis of her sexual orientation in violation of the NYSHRL.

23. Defendants' conduct towards Plaintiff subjected Plaintiff to inferior terms, conditions and privileges of employment.

24. Defendants' unlawful conduct towards Plaintiff amounted to more than "petty slights or trivial inconveniences."

25. As a result of Defendants' unlawful discriminatory conduct in violation of the NYSHRL, Plaintiff has suffered, and continues to suffer, economic loss, for which she is entitled to an award of monetary damages and other relief.

26. As a result of Defendants' unlawful discriminatory conduct in violation of the NYSHRL, Plaintiff has suffered, and continues to suffer, mental anguish and emotional distress, including, but not limited to, depression, humiliation, embarrassment, stress and anxiety, loss of self-esteem and self-confidence, and emotional pain and suffering, for which she is entitled to an award of monetary damages and other relief.

27. Defendants' unlawful discriminatory actions constitute malicious, willful, and wanton

violations of the NYSHRL, for which Plaintiff is entitled to an award of damages.

## JURY DEMAND

28. Plaintiff requests a jury trial on all issues to be tried.

**WHEREFORE**, Plaintiff respectfully requests a judgment against Defendants:

A. Declaring that Defendants engaged in unlawful employment practices prohibited by the **New York State Human Rights Law**, New York State Executive Law, § 296 ("NYSHRL") in that Defendants discriminated against Plaintiff on the basis of her sexual orientation;

B. Awarding damages to Plaintiff for all lost wages and benefits resulting from Defendant's unlawful discrimination and retaliation, and to otherwise make her whole for any losses suffered as a result of such unlawful employment practices;

C. Awarding Plaintiff compensatory damages for mental, emotional and physical injury, distress, pain and suffering and injury to her reputation in an amount to be proven;

D. Awarding Plaintiff punitive damages;

E. Awarding Plaintiff attorneys' fees, costs, disbursements, and expenses incurred in the prosecution of the action;

F. Awarding Plaintiff such other and further relief as the Court may deem equitable, just and proper to remedy the Defendants' unlawful employment practices.

Dated: Garden City, New York
May 9, 2022

PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC

By:    ____/s/_____
Cathryn Harris-Marchesi, Esq.
Darnisha A. Lewis-Bonilla, Esq.
*Attorneys for Plaintiff*
585 Stewart Ave, Suite 410
Garden City, New York 11530
T: (212) 248-7431
F: (212) 901 – 2107
Charris-marchesi@tpglaws.com
dlewis-bonilla@tpglaws.com

Case 2:22-cv-03334-ENV-ARL   Document 1-1   Filed 06/06/22   Page 11 of 18 PageID #: 19

FILED: NASSAU COUNTY CLERK 05/27/2022 09:16 AM INDEX NO. 606045/2022
NYSCEF DOC. NO. 2 RECEIVED NYSCEF: 05/27/2022

SUPREME COURT OF THE STATE OF NEW YORK  Attorney: PHILLIPS & ASSOCIATES PLLC
COUNTY OF NASSAU

---

JESSICA FREEMAN

                                Plaintiff(s)

- against -

CHIPOTLE MEXICAN GRILL, INC., ETANO

                                Defendant(s)

The papers served bore the index # and date of filing.

Index # 606045/2022

Purchased May 9, 2022

**AFFIDAVIT OF SERVICE**

---

STATE OF CA : COUNTY OF Orange ss:

Nathan Willingham BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Tustin, CA 92780

That on May 18, 2022 at 01:45 PM at

610 NEWPORT CENTER DRIVE, SUITE #1300
NEWPORT BEACH, CA 92660

deponent served the within SUMMONS AND COMPLAINT WITH NOTICE OF ELECTRONIC FILING (MANDATORY) on CHIPOTLE SERVICES LLC D/B/A CHIPOTLE MEXICAN GRILL therein named.

    BY LEAVING A TRUE COPY WITH BLAKE TAYLOR, CORPORATE SECURITY, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

    Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 35 | 5'11 | 180 |

Sworn to me on: May 20, 2022
Notary:

TONI SANO
COMM. #2325423
Notary Public - California
Orange County
My Comm. Expires Apr. 23, 2024

Server: Nathan Willingham
Invoice #: 785469

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

1 of 1

FILED: NASSAU COUNTY CLERK 05/27/2022 09:16 AM
INDEX NO. 606045/2022
NYSCEF DOC. NO. 2
RECEIVED NYSCEF: 05/27/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

Attorney: PHILLIPS & ASSOCIATES PLLC

---

JESSICA FREEMAN

Plaintiff(s)

- against -

CHIPOTLE MEXICAN GRILL, INC., ETANO

Defendant(s)

The papers served bore the index # and date of filing.

Index # 606045/2022

Purchased May 9, 2022

Mail Date May 24, 2022

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 24, 2022 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT WITH NOTICE OF ELECTRONIC FILING (MANDATORY) to CHIPOTLE SERVICES LLC D/B/A CHIPOTLE MEXICAN GRILL at

610 NEWPORT CENTER DRIVE, SUITE #1300
NEWPORT BEACH, CA 92660

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: May 24, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 785469

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045

1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _____

### STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING
(Managing Attorney/Attorney in Charge for Multiple Attorneys, In Firm/Agency)

I, __William K Phillips__, Esq. (Attorney Registration No. __2743540__), am the managing attorney of/attorney in charge of e-filing for the law firm/agency or department ("the Firm") __Phillips Associates__. I hereby acknowledge that _____ ("the filing agent") has registered as an authorized filing agent user of the New York State Courts Electronic Filing System ("NYSCEF") (User ID __WKPhill__). Further, I represent that the attorneys in the Firm who are authorized users of the NYSCEF system hereby authorize the filing agent to file documents on their behalf and at their direction in any e-filed matter in which they are counsel of record through NYSCEF, as provided in Section 202.5-b(d)(1) of the Uniform Rules for the Trial Courts.

This authorization extends to any matter in which these attorneys have previously consented to e-filing or may hereafter consent and to any matter in which they authorize the filing agent to record consent in the NYSCEF system. This filing authorization extends to any and all documents these attorneys generate and submit to the filing agent for filing in any such matter. This authorization, posted once on the NYSCEF website as to each matter in which these attorneys are counsel of record, shall be deemed to accompany any document in that matter filed by the filing agent on behalf of these attorneys.

Where a document intended for filing includes secure information as set forth in the E-Filing Rules, the attorney will notify the filing agent and direct the filing agent to mark that document Secure in the NYSCEF system. These attorneys further authorize the filing agent to view such Secure documents that they have filed or that they generate and submit to the filing agent for filing in any such matter.

This authorization shall continue until the Firm or attorney revokes the authorization in writing on a prescribed form delivered to the E-Filing Resource Center.

Dated: __6/24/14__

__[signature]__
Signature

__William K. Phillips__
Print Name

__Managing Member__
Firm/Department

__45 Broadway__
Street Address

__NY NY 10006__
City, State and Zip Code

__212-248-7431__
Phone

__wkphillips@TPGLAWS.com__
E-Mail Address

1 of 1

FILED: NASSAU COUNTY CLERK 06/02/2022 01:21 PM
NYSCEF DOC. NO. 3

INDEX NO. 606045/2022
RECEIVED NYSCEF: 06/02/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

Attorney: PHILLIPS & ASSOCIATES PLLC

| | | |
|---|---|---|
| JESSICA FREEMAN | | The papers served bore the index # and date of filing. |
| | Plaintiff(s) | Index # 606045/2022 |
| - against - | | |
| | | Purchased May 9, 2022 |
| CHIPOTLE MEXICAN GRILL, INC., ETANO | | |
| | Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 24, 2022 at 10:58 AM at

C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 11207

deponent served the within SUMMONS AND COMPLAINT WITH NOTICE OF ELECTRONIC FILING (MANDATORY) on CHIPOTLE MEXICAN GRILL, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to LEGAL REPRESENTATIVE OF CSC personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT WITH NOTICE OF ELECTRONIC FILING (MANDATORY) as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | RED | 40 | 6'2 | 220 |

BY SERVING SAME ON ITS AUTHORIZED AGENT

Sworn to me on: May 27, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

STEVEN C. AVERY

Invoice #: 785470

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045

1 of 1